**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, CA 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Riley C. Walter, #91839
rwalter@wjhattorneys.com
Kurt F. Vote, #160496
kvote@wjhattorneys.com

Attorneys for: Plaintiff RANDY SUGARMAN, as Trustee of the Gregory J. teVelde Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| In re: | Case No. 18-11651 |
| GREGORY J. TE VELDE, | Chapter 11 |
| Debtor. | **STIPULATION FOR DISMISSAL OF COMPLAINT** |
| RANDY SUGARMAN, TRUSTEE OF THE GREGORY J. TE VELDE LIQUIDATING TRUST, | Adversary Proc. No. 23-01012 |
| Plaintiff, | |
| v. | |
| UNITED STATES TRUSTEE PROGRAM, by and through TARA TWOMEY, DIRECTOR, | |
| Defendant. | |

    Plaintiff Randy Sugarman, Trustee of The Gregory J. te Velde Liquidating Trust and Defendant United States Trustee Program, by and through Tara Twomey, Director, hereby stipulate and agree to dismiss the Complaint filed on February 9, 2023 with prejudice. All Parties are to bear their own attorneys' fees and costs.

Respectfully submitted,

Dated: July 3, 2024					WANGER JONES HELSLEY PC


								By:	/s/ Kurt F. Vote
									Riley C. Walter
									Kurt F. Vote
									Attorneys for Plaintiff
									RANDY SUGARMAN, as Trustee
									of the Gregory J. teVelde Liquidating Trust


Dated: June 20, 2024					UNITED STATES TRUSTEE'S OFFICE


								By:	[signature]
									Gregory Powell, Attorneys for
									United States Trustee Program, by and through
									Tara Twomey, Director